# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FATHI YUSUF MOHAMMED YUSUF, )<br>   a/k/a Fathi Yusuf, )<br>WALEED MOHAMMED HAMED, )<br>   a/k/a Wally Hamed, )<br>WAHEED MOHAMMED HAMED, )<br>   a/k/a Willie Hamed, )<br>MAHER FATHI YUSUF, )<br>   a/k/a Mike Yusuf, )<br>ISAM MOHAMAD YOUSUF, )<br>   a/k/a Sam Yusuf, )<br>NEJEH FATHI YUSUF, and )<br>UNITED CORPORATION, )<br>dba Plaza Extra Supermarkets, )<br>)<br>Defendants. )<br>_____ ) | CRIMINAL NO. 2005-0015 |

## **ORDER**

FINCH, J.

      THIS MATTER comes before the Court on an Emergency Motion to Modify Conditions of Release and Travel filed by Defendant Waheed Mohammed Hamed. The Court being duly advised in the premises, it is hereby

      **ORDERED** that Defendant Waheed Mohammed Hamed's Emergency Motion to Modify Conditions of Release and Travel is **GRANTED.** It is further

      **ORDERED** that Defendant Waheed Mohammed Hamed is permitted to extend his stay in Miami Florida until August 27, 2008.

1

**ENTERED this 22nd day of August, 2008.**

                                                                   /s/
                                        **HONORABLE RAYMOND L. FINCH**
                                        **U.S. DISTRICT JUDGE**